FILED
U.S. DISTRICT COURT
SAVANNAH DIV
2013 MAR -6 AM 4: [illegible]
CLERK L. moore
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

DAVID SUTHERLAND, )
)
    Plaintiff, )
)
v. ) Case No. CV412-239
)
CHATHAM COUNTY DISTRICT )
ATTORNEY, LARRY CHISOLM )
INDIVIDUALLY AND )
PROFESSIONALLY, *et al.*, )
)
    Defendants. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 6 day of March, 2013.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA