FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 MAR 28 AM 10: 1

CLERK A. Moore
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| DAVID SUTHERLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV412-239 |
| | ) |
| CHATHAM COUNTY DISTRICT ATTORNEY, LARRY CHISOLM INDIVIDUALLY AND PROFESSIONALLY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 28 day of March, 2013.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA